CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard, Suite 800
Los Angeles, California 90064
(310) 312-6888

ROBERT ALAN JONES
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742
*Pro Hac Vice*

FILED

DEC 12 2006

RICHA[RD]
CLERK, U.S. [DISTRICT] COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS EVERETT SEIDEL, SR.,<br>VICKI RENEE SEIDEL, and<br>RANDY LEE WILSON,<br><br>Defendants. | Case No. CR: 06-00539-JF-RS<br><br>**STIPULATION AND ORDER TO TRAVEL** |

**IT IS HEREBY** stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Thomas Everett Seidel, Sr., Defendant in the instant case, was granted by this Court on November 29, 2006, at the Bond Hearing, Consent to Entry of Travel and Other Order Regarding Conditions of Release.

2. Defendant, Mr. Seidel, by stipulation between all parties in the instant case, hereby submits this Stipulation to Travel, as follows:

   a.  Date:                December 9, 2006 through December 20, 2006,
       From/To:from         Monterey, California to Gillette, Wyoming,
       Transportation:      by car
       Reason:              Work
       **(See Exhibit 1)**

3. Assistant United States Attorney, Mr. Gary Fry, and Pretrial Services Officer, Ms. Laura Weigel, do not oppose to this travel. However, Pretrial Services requests

1

1 | that the Defendant provides an employment verification to the Northern District of California upon his return.

4. The parties further agree that Defendant is bound under the terms and conditions of his release, and if Defendant commits a breach of these terms and conditions, he will be subject to a civil judgment as stated in his bond conditions posted with this Court.

The parties hereby agree to the above.

DATED this 8th day of December, 2006.

//ss// Gary G. Fry
GARY G. FRY
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
408-535-5061
Attorney for Plaintiff

//ss// Robert Alan Jones
ROBERT ALAN JONES
1061 East Flamingo Road
Suite #7
Las Vegas, Nevada 89119
702-791-0742
Attorney for Defendant
*Pro Hac Vice*

//ss// Laura Weigel
LAURA WEIGEL
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
408-535-5363
Pre Trial Services Officer

**IT IS SO ORDERED.**

12/12/06

UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

2

# EXHIBIT 1

12-4-06 DD

12/3/06

To: Laura Weigel

Re: Tom Seidel

Request Travel: From Monterey to Gillette, Wyoming by car

Dates: 12/9/06 - 12/20/06

Reason: For Work

Accommodations: Unknown at this time

Can be reached:
831-596-5500

Thank you

Tom Seidel