CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard, Suite 800
Los Angeles, California 90064
(310) 312-6888

ROBERT ALAN JONES
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742
*Pro Hac Vice*

FILED

DEC 12 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS EVERETT SEIDEL, SR.,<br>VICKI RENEE SEIDEL, and<br>RANDY LEE WILSON,<br><br>Defendants. | Case No. CR: 06-00539-JF-RS<br><br>**STIPULATION AND ORDER TO TRAVEL** |

**IT IS HEREBY** stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Thomas Everett Seidel, Sr., Defendant in the instant case, was granted by this Court on November 29, 2006, at the Bond Hearing, Consent to Entry of Travel and Other Order Regarding Conditions of Release.

2. Defendant, Mr. Seidel, by stipulation between all parties in the instant case, hereby submits this Stipulation to Travel, as follows:

   a. Date:             December 9, 2006 through January 9, 2007.
      From/To:from      Monterey, California to Las Vegas, Nevada.
      Transportation:   by plane
      Reason:           Defendant's Mother is dying, currently undergoing
                        heart surgery.
      **(See Exhibit 1)**

3. Assistant United States Attorney, Mr. Gary Fry, and Pretrial Services Officer, Ms. Laura Weigel, do not oppose to this travel.

1

| | |
|---|---|
| 1 | 4. The parties further agree that Defendant is bound under the terms and conditions |
| 2 | of his release, and if Defendant commits a breach of these terms and conditions, |
| 3 | he will be subject to a civil judgment as stated in his bond conditions posted with |
| 4 | this Court. |
| 5 | The parties hereby agree to the above. |
| 6 | Dated this 8th day of December, 2006. |

//ss// Gary G. Fry
GARY G. FRY
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
408-535-5061
Attorney for Plaintiff

//ss// Robert Alan Jones
ROBERT ALAN JONES
1061 East Flamingo Road
Suite #7
Las Vegas, Nevada 89119
702-791-0742
Attorney for Defendant
*Pro Hac Vice*

//ss// Laura Weigel
LAURA WEIGEL
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
408-535-5363
Pre Trial Services Officer

**IT IS SO ORDERED.**

12/12/06

_____
UNITED STATES ~~DISTRICT JUDGE~~
MAGINSTRATE JUDGE

2

# EXHIBIT 1

12/3/06

To: Laura Weigel

Re: Tom Seidel

Request Travel by Plane

Reason: Mother is dying, was flown by Helicopter from Arizona to Nevada on 12/3/06

Accommodations: Unknown at this time

Dates: Trying to get from Texas to Nevada, will know soon. Need to be left open from 12/3/06 to Mom's burial

Can be reached: 831-596-5500

Thank you

Tom Seidel