1  CHRIS DIETRICH, Bar No. 092592
   11300 West Olympic Boulevard, Suite 800
2  Los Angeles, California 90064
   (310) 312-6888
3
   ROBERT ALAN JONES
4  1061 East Flamingo Road, Suite #7
   Las Vegas, Nevada 89119
5  (702) 791-0742
   *Pro Hac Vice*
6

**FILED**

FEB - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS EVERETT SEIDEL, SR.,<br>VICKI RENEE SEIDEL, and<br>RANDY LEE WILSON,<br><br>Defendants. | Case No. CR: 06-00539-JF-RS<br><br>**AMENDED STIPULATION AND ORDER TO TRAVEL** |

IT IS HEREBY stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Thomas Everett Seidel, Sr., Defendant in the instant case, was granted by this Court on November 29, 2006, at the Bond Hearing, Consent to Entry of Travel and Other Order Regarding Conditions of Release. Vicki Renee Seidel, Defendant in the instant case, was granted by this Court on December 5, 2006, an Order Setting Conditions of Release with a bond posted before this Court.

2. Both Defendants, Mr. Tom and Mrs. Vicki Seidel, by stipulation between all parties in the instant case, hereby submit this Stipulation to Travel, as follows:

    a.    Date: February 9, 2007 through February 12, 2007
            From/To: Monterey, California to c/o Elseworth Warner
            400 Ridge Club Drive
            Stateline, Nevada 89449
            775-588-3553
        Transportation: by plane
        Reason: Family trip under friends invitation for Seidel's children. **(See Exhibit 1)**

3. Assistant United States Attorney, Mr. Gary Fry, and Pretrial Services Officer, Ms. Laura Weigel, were contacted by telephone on February 5, 2007, and do not oppose to this travel.

4. The parties further agree that both Defendants are bound under the terms and conditions of his release, and if Defendants commit a breach of these terms and conditions, they will be subject to a civil judgment as stated in their bond conditions posted with this Court.

The parties hereby agree to the above.

Dated this 6th day of January, 2007.

//ss// Gary G. Fry
GARY G. FRY
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
408-535-5061
Attorney for Plaintiff

//ss// Robert Alan Jones
ROBERT ALAN JONES
1061 East Flamingo Road
Suite #7
Las Vegas, Nevada 89119
702-791-0742
Attorney for Defendant
*Pro Hac Vice*

//ss// Laura Weigel
LAURA WEIGEL
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
408-535-5363
Pre Trial Services Officer

**IT IS SO ORDERED.**

2/7/07

_____
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

# EXHIBIT 1

1/23/07

To: Alan Jones

Request to Travel

Re: Tom and Vicki Seidel

When: 2/9/07 - 2/12/07

Where: Lake Tahoe, 400 Ridge Drive Stateline, Nevada 89449

We have been invited by friends, for a family trip to have our kids play in snow for a couple days.

Phone number to be reached; 831-596-5500

Thank you

Tom & Vicki