**E-filed 2/16/07**

1 CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
2 Suite 800
Los Angeles, California 90064
3 (310) 312-6888

4 ROBERT ALAN JONES
1061 East Flamingo Road
5 Suite #7
Las Vegas, Nevada 89119
6 (702) 791-0742
*Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR: 06-00539-JF-RS |
| Plaintiff, | Judge Fogel |
| v. | [~~PROPOSED~~] ORDER |
| THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON, | |
| Defendants. | |

On February 14, 2007, Robert Alan Jones, counsel for Defendant Thomas Everett Seidel, sought to vacate the motion hearing date currently set for April 18, 2007 at 9:00 a.m. As grounds for his request, his Declaration is filed along with his motion and counsel states that he is a defendant in case *Nelson v. Jones,* Case No. 01-182- HG/LEK, before the United States District for the District of Hawaii, wherein a settlement conference has already been set for April 17, 2007 and his appearance is required. He further states that due to his health, it prevents him from a long distance air travel turn around within a 48 hour time frame in one instance and that a trip on April 17, 2007 in Hawaii requires a substantial amount of travel time to and from the mainland and a turn around on April 18, 2007, may subsequently jeopardize his health.

Accordingly, defense counsel Jones requests that the Court vacate the motion hearing

1

1  date and continue up to and including April 25, 2007, or as the Court Docket may permit. The
2  government's counsel has not stated his position. Defense counsel Eugene Martinez and John
3  McCahill do not oppose to the motion. As of this date there are no motions filed to be heard.
4      For good cause shown, the Court **grants** counsel Jones' motion to vacate hearing date
5  and is now set for   4/25/07                     .
6      The Clerk is directed to transmit a copy of this Order to all counsel.
7      DATED:     2/16/07

                                      UNITED STATES DISTRICT JUDGE
                                      JEREMY FOGEL

2