1  CHRIS DIETRICH, Bar No. 092592
   11300 West Olympic Boulevard, Suite 800
2  Los Angeles, California 90064
   (310) 312-6888
3
   ROBERT ALAN JONES, ESQ., Pro Hac Vice
4  1061 East Flamingo Road, Suite #7
   Las Vegas, Nevada 89119
5  (702) 791-0742

6  DOUGLAS SCHWARTZ, ESQ. Bar #:98666
   44 Montgomery Street
7  San Francisco, CA 94104
   (415) 956-2600
8
   JOHN A. McCAHILL, ESQ., Pro Hac Vice
9  1425 K. Street NW, 8th Floor
   Washington, D.C. 20005
10 (202)783-6040

**FILED**

MAR 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,           | Case No. CR: 06-00539-JF-RS
14        Plaintiff,                   |     MODIFIED
15 v.                                  | STIPULATION AND ORDER TO
                                        | TRAVEL FOR ONE DAY TO PASO
16 THOMAS EVERETT SEIDEL, SR.,         | ROBLES, CALIFORNIA (March 24, 2007)
17 VICKI RENEE SEIDEL, and
   RANDY LEE WILSON,
18
        Defendants.
19
        **IT IS HEREBY** stipulated by and between the undersigned parties, by their respective
20
   attorneys, that:
21
        1.   Thomas Everett Seidel, Sr., Defendant in the instant case, was granted by this
22
             Court on November 29, 2006, at the Bond Hearing, Consent to Entry of Travel
23
             and Other Order Regarding Conditions of Release. Vicki Renee Seidel, Defendant
24
             in the instant case, was granted by this Court on December 5, 2006, an Order
25
             Setting Conditions of Release with a bond posted before this Court.
26
        2.   Defendants, Mr. and Mrs. Seidel, by stipulation between all parties in the instant
27
28                                          1

1      case, hereby submits this Stipulation to Travel, as follows:

2        a.    Date:                 March 24, 2007 (one day)
                     From/To:            Monterey, California to Paso Robles, CA
3             Transportation:   by car
                     Reason:              Invited to attend youngest grandchild's birthday.
4             **(See Exhibit 1)**

5    3.    Assistant United States Attorney, Mr. Gary Fry does not oppose to this travel.

6    4.    Pretrial Services Officer, Ms. Laura Weigel, stated her objection to this travel.

7    5.    The parties further agree that Defendant is bound under the terms and conditions

8         of his release, and if Defendant commits a breach of these terms and conditions,

9         he will be subject to a civil judgment as stated in his bond conditions posted with

10       this Court.

11 The parties hereby agree to the above.

12 Dated this 23rd day of March 2007.

14 //ss// Gary G. Fry                            //ss// Robert Alan Jones
GARY G. FRY                               ROBERT ALAN JONES
United States Attorney's Office           1061 East Flamingo Road, Suite #7
15 150 Almaden Boulevard, Suite 900      Las Vegas, Nevada 89119
San Jose, CA 95113                       702-791-0742
16 408-535-5061                              Attorney for Defendant
*Attorney for Plaintiff*                        *Pro Hac Vice*

18                                            //ss// John A. McCahill
19                                            JOHN A. McCAHILL, ESQ.
                                           1425 K. Street NW
20                                            8th Floor
                                           Washington, D.C. 20005
21                                            (202)783-6040
                                           Attorney for Defendant Vicki Seidel
                                           *Pro Hac Vice*

[Handwritten: The parties have repeatedly filed travel requests on an untimely basis. The Court will authorize this request, but advises the parties that NO untimely travel requests filed subsequently will be granted. /s/ PS]

**IT IS SO ORDERED.**

3/23/07

UNITED STATES ~~DISTRICT JUDGE~~ MAGISTRATE JUDGE

2

# EXHIBIT 1



*Freedom of flight by Microsoft*

Travel Request. Dual Request

For: Tom & Vicki Seidel
03/22/07

Requested travel dates:

3/24/07
Purpose:   Grandson Birthday! Zach is turning TWO!
Location:   Paso Robles, Ca. 25 miles outside of our authorized area.
We have been requested to attend an impromptu birthday for my youngest grandchild. This was a last minute party planned by my son. We will drive down and back the same day.   SORRY for the short notice! We just found out.

---

                                                                        'a.

                                                                        er. Being the kids
                                                                        lder siblings. We



                                                                        ontact me (Tom)