CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard, Suite 800
Los Angeles, California 90064
(310) 312-6888

ROBERT ALAN JONES, ESQ., Pro Hac Vice
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742

DOUGLAS SCHWARTZ, ESQ. Bar #:98666
44 Montgomery Street
San Francisco, CA 94104
(415) 956-2600

JOHN A. McCAHILL, ESQ., Pro Hac Vice
1425 K. Street NW, 8th Floor
Washington, D.C. 20005
(202)783-6040

FILED

APR - 4 2007

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR: 06-00539-JF-RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO TRAVEL (ANAHEIM, CA) |
| THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON, | |
| Defendants. | |

IT IS HEREBY stipulated by and between the undersigned parties, by their respective attorneys, that:

1.   Thomas Everett Seidel, Sr., Defendant in the instant case, was granted by this Court on November 29, 2006, at the Bond Hearing, Consent to Entry of Travel and Other Order Regarding Conditions of Release. Vicki Renee Seidel, Defendant in the instant case, was granted by this Court on December 5, 2006, an Order Setting Conditions of Release with a bond posted before this Court.

2.   Defendants, Mr. and Mrs. Seidel, by stipulation between all parties in the instant

1

case, hereby submits this Stipulation to Travel, as follows:

    a.    Date: April 4, 2007 through April 8, 2007
         From/To: Monterey, California to Anaheim, CA
         Transportation: by car
         Reason: Family Easter Celebration.
         **(See Exhibit 1)**

3. Pretrial Services Officer, Ms. Laura Weigel and Assistant United States Attorney, Mr. Gary Fry, graciously consented to this travel.

4. The parties further agree that Defendants are bound under the terms and conditions of their release, and if Defendants commit a breach of these terms and conditions, they will be subject to a civil judgment as stated in their bond conditions posted with this Court.

The parties hereby agree to the above.

Dated this 28th day of March 2007.

//ss// Gary G. Fry
GARY G. FRY
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
408-535-5061
*Attorney for Plaintiff*

//ss// Robert Alan Jones
ROBERT ALAN JONES
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
702-791-0742
Attorney for Defendant
*Pro Hac Vice*

//ss// Laura Weigel
LAURA WEIGEL
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
408-535-5363
*Pre Trial Services Officer*

//ss// John A. McCahill
JOHN A. McCAHILL, ESQ.
1425 K. Street NW
8th Floor
Washington, D.C. 20005
(202)783-6040
Attorney for Defendant Vicki Seidel
*Pro Hac Vice*

**IT IS SO ORDERED.**

4/4/07

_____
UNITED STATES MAGISTRATE JUDGE

2

# EXHIBIT 1

Travel Request. Dual Request

For: Tom & Vicki Seidel
03/22/07

Requested travel dates:

~~3/24/07~~
~~Purpose:        Grandson Birthday! Zach is turning TWO!~~
~~Location:       Paso Robles, Ca. 25 miles outside of our authorized area.~~
~~We have been requested to attend an impromptu birthday for my youngest grandchild. This was a last minute party planned by my son. We will drive down and back the same day. SORRY for the short notice! We just found out.~~

4/4/07 thru 4/8/07
Purpose:    Easter celebration at my daughter's house in Anaheim, Ca.
Location:   1072 S. Taylor Ct. Anaheim, Ca.
It's a tradition to attend Easter Dinner at my daughter's house each Easter. Being the kids are out of school, they enjoy spending the time hanging out with their older siblings. We will be staying with my daughter at her home.


Please expedite this request if possible. For further information please contact me (Tom) at 831-596-5500


Sincerely

Tom Seidel