

FILED

APR 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS EVERETT SEIDEL, SR.
VICKI RENEE SEIDEL and
RANDY LEE WILSON,

Defendants.

No. CR 06-00539 JF (RS)

**ORDER REGARDING MOTION TO MODIFY RELEASE CONDITIONS**

As counsel for defendants has repeatedly been advised, (1) all motions to modify conditions of release are heard before the particular Magistrate Judge who set the initial conditions of release, and (2) the undersigned is not available on April 25, 2007, the date the defendants have noticed a motion to modify such release conditions. Accordingly, the joint motion to modify conditions of release will be set for hearing on **April 26, 2007 at 9:30 a.m.**

IT IS SO ORDERED.

Dated: April 6, 2007

RICHARD SEEBORG
United States Magistrate Judge