1  CHRIS DIETRICH, Bar No. 092592
   11300 West Olympic Boulevard, Suite 800
2  Los Angeles, California 90064
   (310) 312-6888
3
   ROBERT ALAN JONES
4  1061 East Flamingo Road, Suite #7
   Las Vegas, Nevada 89119
5  (702) 791-0742
   *Pro Hac Vice*
6
   DOUGLAS SCHWARTZ, ESQ. Bar #:98666
7  44 Montgomery Street
   San Francisco, CA 94104
8  (415) 956-2600

9  JOHN A. McCAHILL, ESQ., *Pro Hac Vice*
   1425 K. Street NW, 8th Floor
10 Washington, D.C. 20005
   (202)783-6040
11

FILED
MAY 15 2007
RICHARD...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR: 06-00539-JF-RS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRAVEL** |
| THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON, | |
| Defendants. | |

**IT IS HEREBY** stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Vicki Renee Seidel, Defendant in the instant case, was granted by this Court on December 5, 2006, an Order Setting Conditions of Release with a bond posted before this Court. Thomas Everett Seidel, Sr., Defendant in the instant case is not subject to this location restriction, is a joinder to this request to travel. He was granted by this Court on November 29, 2006, at the Bond Hearing, Consent to Entry of Travel and Other Order Regarding Conditions of Release.

1

2.     Defendant, Mrs. Seidel, by stipulation between all parties in the instant case, hereby submits this Stipulation to Travel, as follows:

    a.    Date:    May 25, 2007 through May 28, 2007
        From/To:    Monterey, California to Shaver Lake (Sierra's)
        Transportation:    by car
        Reason:    Family Camping
    **(See Exhibit 1)**

3.     Assistant United States Attorney, Mr. Gary Fry, and Pretrial Services Officer, Ms. Laura Weigel, do not oppose to this travel.

4.     The parties further agree that Defendant is bound under the terms and conditions of his release, and if Defendant commits a breach of these terms and conditions, he will be subject to a civil judgment as stated in his bond conditions posted with this Court.

The parties hereby agree to the above.

Dated this 14th day of May 2007.

//ss// Gary G. Fry
GARY G. FRY
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
408-535-5061
*Attorney for Plaintiff*

//ss// Robert Alan Jones
ROBERT ALAN JONES
1061 East Flamingo Road
Suite #7
Las Vegas, Nevada 89119
702-791-0742
Attorney for Defendant
*Pro Hac Vice*

//ss// Laura Weigel
LAURA WEIGEL
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
408-535-5230
*Pre Trial Services Officer*

//ss// John A. McCahill
JOHN A. McCAHILL, ESQ.
1425 K. Street NW, 8th Floor
Washington, D.C. 20005
(202)783-6040
Attorney for Defendant Vicki Seidel
*Pro Hac Vice*

**IT IS SO ORDERED.**

5/15/07

_____
UNITED STATES MAGISTRATE JUDGE

2