UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
MAY 16 2007
CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS EVERETT SEIDEL, SR.,
VICKI RENEE SEIDEL, and
RANDY LEE WILSON,

Defendants.

Case No. CR: 06-00539-JF-RS
Judge Richard Seeborg

~~[PROPOSED]~~ ORDER

Defendants, Thomas Everett Seidel and Vicki Renee Sidel filed a Joint to Vacate the hearing scheduled for May 16, 2007 to hear oral argument regarding their Motion to Modify Conditions of their release.

Defense counsel has spoken to government counsel who stated that the government will stipulate to Mr. and Mrs. Seidel's modification conditions of release as to their travel throughout the state of California.

The Court, having reviewed the Motion and for good cause shown finds as follows:

**IT IS HEREBY ORDERED** that Defendants Thomas Everett Seidel and Vicki Renee Seidel's conditions of release are modified wherein ~~without any notification or application process~~ Thomas Seidel and Vicki Seidel are allowed to travel freely throughout the State of California., *with the notification and application provisions to pretrial services remaining in place.* RS

The Clerk is directed to transmit a copy of this Order to all counsel.

DATED: 5-16-07

UNITED STATES MAGISTRATE JUDGE
RICHARD SEEBORG

1