1  CHRIS DIETRICH, Bar No. 092592                          **E-filed 5/21/07**
   11300 West Olympic Boulevard
2  Suite 800
   Los Angeles, California 90064
3  (310) 312-6888

4  ROBERT ALAN JONES
   1061 East Flamingo Road
5  Suite #7
   Las Vegas, Nevada 89119
6  (702) 791-0742
   *Pro Hac Vice*
7
   JOHN McCAHILL
8  1425 K Street NW, 8th Floor
   Washington, DC 2005
9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR: 06-00539-JF-RS |
| Plaintiff, | |
| v. | **AMENDED JOINT MOTION TO VACATE AND CONTINUE MAY 23, 2007 HEARING DATE** |
| THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON, | Honorable Judge Jeremy Fogel |
| Defendants. | |

Pursuant to Criminal L.R. 47-2, Thomas Everett Seidel and Vicki Renee Seidel, by and through counsels Robert Alan Jones and John McCahill move this Honorable Court to vacate motion hearing date set for May 23, 2007 at 9:00 a.m., and continue to May 30, 2007, or as the Court Docket may permit. The United States joins in this motion. In support of this motion counsel state as follows:

1. On May 9, 2007, this Honorable Court continued the Motion Hearing set for May 16, 2007 to May 23, 2007 at 9:00 AM.

2. Counsel for Thomas Seidel, Robert Alan Jones, has a long standing commitment

1

for medical treatment during the week of May 23, 2007 in Kansas City.

3. Counsel for Vicki Seidel, John McCahill, has a scheduling conflict on May 23, 2007 in Washington, D.C..

4. Counsel for the United States, Gary Fry, has grand jury obligations on May 23, 2007, as well as a witness coming in from the east coast that day.

5. On April 20, 2007, Mr. Eugene J. Martinez, counsel for Randy Wilson was contacted by telephone and graciously granted his consent to the filing of this motion.

6. There will be no substantial harm or prejudice to the instant case that would occur if the Court grants this Motion.

**WHEREFORE**, Thomas Seidel, Vicki Seidel, and the United States pray this Honorable Court vacate the motion hearing date set for May 16, 2007 at 9:30 a.m., and continue same up to and including May 30, 2007, or as the Court Docket may permit.

Dated this 12th day of May, 2007.

//ss//Robert Alan Jones
Robert Alan Jones, *pro hac vice*
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742
*Attorney for Thomas Everett Seidel, Sr.*

//ss// John McCahill
John McCahill
1425 K Street NW, 8th Floor
Washington, DC 2005
*Counsel for Vicki Renee Seidel*

5/21/07 IT IS SO ORDERED, the Case Management Conference is continued until Weds. May 30, 2007 at 9:00 AM.

Judge Jeremy Fogel, US District Court

2

**CERTIFICATE OF SERVICE**

This is to certify that on May 11, 2007, I caused to be served the foregoing **AMENDED JOINT MOTION TO VACATE AND CONTINUE HEARING DATE,** by First Class U.S. Mail, postage paid envelope, to the following interested parties:

**GARY G. FRY**
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
*Counsel for United Sates of America*

**EUGENE MARTINEZ**
Attorney At Law
146 Central Avenue
Salinas, CA 93901
*Counsel fo Randy Wilson*

**CHRIS DIETRICH**, Bar No. 092592
11300 West Olympic Boulevard, Suite 800
Los Angeles, California 90064
*Local Counsel*

Dated this 12th day of May, 2007.

  *//ss// James David Arthur*
  Office of Robert Alan Jones

3