*E-FILED 11/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00539 JF (RS) |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION TO COMPEL** |
| THOMAS EVERETT SEIDEL, SR. VICKI RENEE SEIDEL and RANDY LEE WILSON, | |
| Defendants. | |

Defendants in this action have filed a motion to compel the production of certain documents purportedly in the possession of the Internal Revenue Service (IRS). Oral argument on the motion took place on October 31, 2007 and the matter was then taken under submission. Based on that argument, the motion papers filed by the parties and the entire record herein, the motion to compel discovery is denied for the reasons set forth below.

Defendants are charged in an indictment alleging various tax-related crimes. They assert in this action that the United States must produce certain documents they contend are in the possession of the IRS. The government responds by arguing that defendants have already obtained some of the requested documents by way of demands under the Freedom of Information Act and that the remainder either do not exist or are not subject to production under Rule 16 of the Federal Rules of Criminal Procedure.

Rule 16 provides that upon defendants request, the government must produce documents in its possession where :

  (i)  the item is material to preparing the defense;

  (ii)  the government intends to use the item in its case-in-chief at trial; or

  (iii)  the item was obtained from or belongs to the defendant.

Fed.R.Crim.Pro. 16 (a)(e).

The government has represented in writing that it does not intend to use the requested documents in its case-in-chief, and there is no dispute that the items at issue were not obtained from nor do they belong to the defendants.  Accordingly, the sole question is whether the requested items are "material to preparing the defense."  Beyond the fact that the specified items are from documents maintained at some point by the IRS relative to the Seidels, defendants fail to demonstrate how such material pertains in any way to the charges pending against them.  Having made no showing, therefore, that the requested items are material to the preparation of their defense in this action, defendants' motion to compel is denied.

IT IS SO ORDERED.

Dated:  November 20, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Gary G. Fry     gary.fry@usdoj.gov

Robert Alan Jones     rajltd@aol.com, jean@rajlv.com

Eugene Jesus Martinez     ejmlawoffice@AOL., denisegarcia_ejmlaw@hotmail.com

John A. McCahill     jmccahill@rfem.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 20, 2007