1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: 415-771-6174
   Facsimile:   415-474-3748
4
   Attorney for Defendant
5  VICKI SEIDEL

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                SAN JOSE DIVISION
                    –ooo–
10

11  UNITED STATES OF AMERICA,
                                        CR. 06-00539-JF
           Plaintiff,
12
13  vs.                                 **STIPULATION AND ~~PROPOSED~~
                                        ORDER TO CONTINUE DATE FOR
                                        PRETRIAL MOTIONS**
14  VICKI SEIDEL, et al.,               _____

15         Defendants.

16  _____/

17

18      IT IS HEREBY STIPULATED AND AGREED by and between Michael

19  Stepanian, counsel for Vicki Seidel, and Assistant United States Attorney Gary Fry,  that

20  defendant's Motion for a Bill of Particulars will be continued from December 10, 2008 to

21  January 28, 2009.   This will afford counsel additional time to prepare other pretrial

22  motions.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Mr. Eugene Martinez agrees that motions should be continued to January 28,

2  2009.

3    The time period from December 10, 2008, to January 28, 2009 would be deemed

4  excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice

5  served by granting a continuance outweigh the best interests of the public and of the

6  defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section

7  3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, the fact

8  that there is a related civil case pending that is set for jury trial on January 5, 2009

9  [C-07-4128] it is unreasonable to expect adequate preparation for pretrial proceedings

10  and for the trial within the time limits established by the Speedy Trial Act.

11

12

       Date:    December 9, 2008

13                                           /s/ Michael Stepanian
                                             MICHAEL STEPANIAN
                                             Attorney for Defendant
14                                           VICKI SEIDEL

15

16  Date:    December 9,  2008

17                                           /s/ Gary Fry
                                             GARY FRY
                                             Assistant United States Attorney
18

19  SO ORDERED:

20  December  9     , 2008

                                             U.S. DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28