MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: 415-771-6174
Facsimile:  415-474-3748

Attorney for Defendant
VICKI SEIDEL

RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile:  510-272-0711

Local Counsel for Defendant
THOMAS SEIDEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VICKI SEIDEL, et al.,<br><br>    Defendants.<br>_____ / | CR. 06-00539-JF<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER TO CONTINUE DATE FOR<br>PRETRIAL MOTIONS |

IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, counsel for Vicki Seidel, Randy Sue Pollock and Robert Alan Jones, on behalf of defendant Thomas Seidel, and Assistant United States Attorney Gary Fry, that the hearing on defendant's Motion for a Bill of Particulars will be continued from January 28, 2009 at 9 a.m. until April 15, 2009 at 9 a.m.  This continuance will afford

1 counsel additional time to discuss the status of this case in light of the jury verdict in the
2 related case of *United States vs. Seidel, C-07-4128-JF*.  Additionally, counsel for
3 Ms. Seidel and Ms. Pollock will be in a 4-5 week trial in *United States vs. Sekhon*, et al.
4 in the Eastern District of California that commences on February 25, 2009 [CR. 06-058-
5 FCD].  Mr. Eugene Martinez, counsel for co-defendant Wilson, does not object to this
6 continuance.
7      The time period from January 28, 2009, to April 15, 2009 would be deemed
8 excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
9 served by granting a continuance outweigh the best interests of the public and of the
10 defendant in a speedy trial.  Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)
11 given the nature of the prosecution, the volume of the evidence, the fact that there was a
12 related civil case pending that resulted in a verdict for the defendant and may impact this
13 prosecution, it is unreasonable to expect adequate preparation for pretrial proceedings and
14 for the trial within the time limits established by the Speedy Trial Act.

Date: January 20, 2009

/s/ Michael Stepanian
MICHAEL STEPANIAN
Attorney for Defendant
VICKI SEIDEL

Date: January 20, 2009

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
THOMAS SEIDEL

Date: January 20, 2009

/s/ Gary Fry
GARY FRY
Assistant United States Attorney

SO ORDERED:

January 22, 2009

U.S. DISTRICT COURT JUDGE

2