| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94612 |
| 3 | Telephone:  (510) 763-9967 |
| | Facsimile:   (510) 272-0711 |
| 4 | |
| | Local Counsel for Defendant |
| 5 | Thomas Seidel |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **CASE NO. 06-00539-JF** |
| | Plaintiff, | |
| vs. | | **STIPULATION AND ~~PROPOSED~~ ORDER TO CHANGE THE DATE FOR STATUS CONFERENCE** |
| THOMAS SEIDEL, et al., | | _____ |
| | Defendants. | |
| _____/ | | |

IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, counsel for Vicki Renee Seidel,  Randy Sue Pollock and Robert Alan Jones, counsel for defendant Thomas Seidel, Declan O'Donnell, counsel for Randy Wilson, and Gary Fry,  Assistant United States Attorney, that the status conference presently set for Wednesday, April 15, 2009 at 9 a.m. be advanced to Wednesday, April 8, 2009 at 9 a.m. Both Mr. Stepanian and Ms. Pollock are in trial before Judge Damrell in Sacramento [United States vs. Sekhon, et al., CR. 06-058-FCD] and are unavailable to attend this hearing on April 15th but are available on April 8th.  None of the parties has an objection

1  to changing the date for this hearing..

2     This continuance is at the request of all defense counsel and Assistant U.S.
3  Attorney Fry. This Court previously ruled that time was excluded from January 28,
4  2009-April 15, 2009 pursuant to 18 U.S.C. Section 3161(h)(8)(A) and 18 U.S.C. Section
5  3161(h)(8)(B)(ii) .

Date:   March 25, 2009        /s/ Randy Sue Pollock
                              ROBERT ALAN JONES
                              RANDY SUE POLLOCK
                              Counsel for defendant
                              Thomas Seidel

Date:   March 25, 2009        /s/ Michael Stepanian
                              MICHAEL STEPANIAN
                              Counsel for Defendant
                              Vicki Seidel

Date:   March 25, 2009        /s/ Declan J O'Donnell
                              DECLAN J. O'DONNELL
                              Counsel for Defendant
                              Randy Wilson

Date:   March 25, 2009        /s/ Gary Fry
                              GARY FRY
                              Assistant United States Attorney

SO ORDERED:   The hearing is advanced to April 9, 2009 at 9:00 a.m.

Date: March  26 , 2009
                              JEREMY FOGEL
                              U.S. District Court Judge