MICHAEL STEPANIAN
Attorney at Law (CSBN 37712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
VICKI SEIDEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR. 06-00539-JF** |
| Plaintiff, | |
| vs. | **STIPULATION RE. DATES FOR FILING *IN LIMINE* MOTIONS** |
| THOMAS SEIDEL and VICKI SEIDEL | _____ |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between Robert Alan Jones and Randy Sue Pollock, on behalf of Thomas Seidel, Michael Stepanian on behalf of Vicki Seidel, and David Denier, on behalf of the government, that the following schedule shall apply to the upcoming hearing on February 25, 2010 at 10 a.m. regarding Vicki Seidel's severance motion and additional defense *in limine* motions:

Defendant's motions shall be filed by January 21, 2010;

Government's opposition is due by February 4, 2010;

1

1   and Defendant s reply briefs are due on February 25, 2010.

2

3   Date: December 22, 2009                    /s/ Michael Stepanian
                                               MICHAEL STEPANIAN
4                                              Counsel for Defendant
5                                              VICKI SEIDEL

6

7
    Date: December 22, 2009                    /s/
8                                              ROBERT ALAN JONES
                                               RANDY SUE POLLOCK
9                                              Counsel for Defendant
10                                             THOMAS SEIDEL

11

12  Date: December 22, 2009                    /s/
                                               DAVID DENIER
13                                             Assistant United States Attorney

14

15

16  SO ORDERED:                                _____
                                               JEREMY D. FOGEL
17  Dated: 1/4/10                              United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

2