JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-7000
 Fax:          (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-06-00539-JF |
| Plaintiff, ) | |
| v. ) | STIPULATED REQUEST TO WITHDRAW PLEA AGREEMENT AND SUBMIT REVISED PLEA AGREEMENT |
| THOMAS EVERETT SEIDEL, SR. ) | |
| Defendant. ) | |

The United States of America and Thomas Everett Seidel, agree, subject to the Court's approval, as follows:

1. On February 25, 2010, Thomas Everett Seidel, Sr. entered a plea of guilty to Counts One and Two of the Superseding Information. In connection with that plea, a Plea Agreement was submitted to the Court for filing. The Plea Agreement submitted was not the final Plea Agreement as negotiated by the parties. Accordingly, the parties stipulate to withdraw the Plea Agreement submitted to the Court on February 25, 2010, and to submit the Plea Agreement signed by Defendant Thomas Seidel, Sr., Exhibit A hereto.

//
//
//
//

IT IS SO STIPULATED:

      JOSEPH RUSSONIELLO
      United States Attorney

Dated: 3/31/10

      Cynthia Stier
      CYNTHIA L. STIER
      Assistant United States Attorney

Dated: 3/23/10

      /s/ Robert Alan Jones
      ROBERT ALAN JONES
      Attorney for Defendant, Thomas Everett Seidel, Sr.

IT IS SO ORDERED

Dated: 4/7/10

      Jeremy Fogel, U.S. District Judge

Stipulated Request to Withdraw Plea Agreement and Submit Revised Plea Agreement, US v. Seidel, 06-00539-JF